No. 88–5496.  YOUNGS v. LAWYERS SURETY CORP. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 88–5497.  FLEMING v. DEAK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–5504.  CIROCCO v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 88–5505.  HOLLEY v. BULL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–5506.  FOLIO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5507.  BRADSHAW v. ZOOLOGICAL SOCIETY OF SAN DIEGO.  C. A. 9th Cir.  Certiorari denied.

No. 88–5512.  NOLL v. TURNER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–5513.  HARRIS v. PATUXENT INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 88–5514.  BRATTON v. MONROE COUNTY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–5515.  GREEN v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, STORMVILLE, NEW YORK. C. A. 2d Cir.  Certiorari denied.

No. 88–5531.  REDMAN v. MICHIGAN STATE UNIVERSITY ET AL. C. A. 6th Cir.  Certiorari denied.

No. 88–5540.  BROWN v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 88–5543.  ERNST v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5552.  SAFARI v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5566.  TRIPLETT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.